Order entered October 22, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-01099-CV
_____

### RAYMUNDO RICO, JR., Appellant

### V.

### L-3 COMMUNICATIONS CORPORATION AND MEGAN RIDGE, Appellees

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 73537**

## ORDER

The Court has before it appellant's October 18, 2012 second motion to extend the deadline to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on October 18, 2012 be timely filed as of today's date.

_____
MOLLY FRANCIS
JUSTICE